# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>TRACII LYNNE VICIAN<br>aka "Tracii Lynne Show Vician," | DOCKET NO.<br><br>FILED<br>DEC 13<br>CENTRAL DISTRICT OF CALIFORNIA<br><br>MAGISTRATE'S CASE NO.<br><br>07-2131M |

Complaint for a violation of Title 18, United States Code § 1542: False Statements in Application of a United States Passport

| NAME OF MAGISTRATE JUDGE | UNITED STATES MAGISTRATE JUDGE | LOCATION |
|---|---|---|
| HON. CAROLYN TURCHIN | | Los Angeles, CA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| March 13, 2007 | Los Angeles County | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 13, 2007, in Los Angeles County, within the Central District of California, defendant TRACII LYNNE VICIAN, also known as "Tracii Lynne Show Vician," willfully and knowingly made a false statement in obtaining a United States passport, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542, False Statements in Application of a United States Passport.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>SHANE L. DIXON<br><br>OFFICIAL TITLE<br>Special Agent - DSS |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE |
|---|---|
| *[signature]* | December 13, 2007 |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: JEFF P. MITCHELL   REC: Detention

AFFIDAVIT

I, Shane L. Dixon, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS), assigned to the Los Angeles Field Office. My primary responsibilities include the investigation of criminal violations of the laws governing the issuance of passports and visas. I have investigated violations involving the false application for and misuse of U.S. passports.

2. This affidavit is made in support of a criminal complaint against and an arrest warrant for TRACII LYNNE VICIAN ("VICIAN"), also known as "Tracii Lynne Show Vician," charging her with a violation of Title 18, United States Code, Section 1542, False Statements Made in Passport Application. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of, or investigation into, this matter.

3. On or about October 25, 2007, Detective P. Sanzone

of the Los Angeles County Sheriff's Office informed me of the following:

        a. VICIAN had obtained a United States passport by claiming that her previous passport was lost.

        b. VICIAN's initial passport had not been lost, but had been seized on February 21, 2007, pursuant to a search warrant related to a state investigation of VICIAN for embezzlement/grand theft of over $500,000.

        c. On February 21, 2007, Detective Sanzone personally informed VICIAN that he was seizing her passport, and he showed VICIAN a copy of the seized property receipt. Detective Sanzone also left a copy of the seized property receipt at VICIAN's home.

    4. On October 25, 2007, I reviewed a DS-11, application for a United States passport, number 039698812, in the name of "Tracii Lynne Vician," and determined from my review that:

        a. On March 13, 2007, passport application number 039698812, was executed in the name of "Tracii Lynne Vician," at the Los Angeles Passport Agency, by a person authorized to accept passport applications.

        b. Passport application number 039698812 contains the following information:

2

        (1)  "Tracii Lynne Vician" was previously issued a United States passport on July 9, 2004, and indicated that it was lost.

        (2)  As proof of identity, the applicant presented a California driver's license, number C4859861 in the name of "Tracii Lynne Show Vician."

    c.  The person presenting the passport application executed the form under oath before the person authorized to accept the application, with a signature in the name "Tracii Lynne Vician" beneath the following jurat: "I declare under penalty of perjury that the statements made on this application are true and correct."

    d.  As proof of the applicant's United States citizenship, the applicant requested a file search for the issuance of a prior passport.

    e.  The person presenting the passport application also submitted a Statement Regarding Lost or Stolen Passport (Form DSP-64). In the Statement Regarding Lost or Stolen Passport, the applicant stated that the loss or theft of the passport occurred on the following date and explained what efforts she made to recover it: "At home ~ 2/20 or 2/21. Looked everywhere possible & need to travel."

    f. The applicant signed the Statement Regarding a Lost or Stolen Passport in the box indicating that everything she had written was correct and complete under penalty of perjury.

  5. Based on the above information, a United States Passport, number 421948638, was issued on March 13, 2007.

  6. On October 25, 2007, I conducted record checks in the Treasury Enforcement Communication System and discovered that VICIAN presented United States passport, number 421948638 on four occasions while traveling between Los Angeles, California and Tokyo, Japan.

    (1) Departed Los Angeles, California on April 1, 2007, to Tokyo, Japan.

    (2) Departed Tokyo, Japan on April 7, 2007, to Los Angeles, California.

    (3) Departed Los Angeles, California, on June 25, 2007, to Tokyo, Japan.

    (4) Departed Tokyo, Japan, on June 30, 2007, to Los Angeles, California.

//
//
//
//

7. Based on the foregoing facts, there is probable cause to believe that TRACII LYNNE SHOW VICIAN has violated Title 18, United States Code, Section 1542, False Statements Made in Passport Application.

Shane L. Dixon
Special Agent
Diplomatic Security Service
U.S. Dept of State
Los Angeles, California

Subscribed and sworn to before me

This 13 day of December 2007.

UNITED STATES MAGISTRATE JUDGE