LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
TRACII LYNNE SHOW VICIAN



FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 08CR00058-GAF |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER RELIEVING COUNSEL |
| vs. | ) |
| TRACII LYNNE SHOW VICIAN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Motion to Withdraw of counsel for defendant, Joseph Shemaria Esq., for an Order relieving him as counsel of record for defendant herein, is hereby GRANTED.

//

1

2

3  DATED:     May 16, 2008.

4

5  _____
   HONORABLE GARY A. FEESS
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
JOSEPH SHEMARIA
2029 CENTURY PARK EAST
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 772-2211
FACSIMILE (310) 388-0979

UNITED STATES OF AMERICA v. TRACII S. VICIAN
CASE NO. SA-CR-05-281-GAF