FILED
CLERK, U.S. DISTRICT COURT

DEC 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | CR- 08-58-GAF |
| v. Tracii Lynn Shaw Vician | ORDER FOR TEMPORARY DETENTION |
| DEFENDANT(S). | 18 USC §3142(d) |

The Court finds that the above-named defendant:

☑ is / was at the time of commission of a federal / state / local offense on release:
    ☐ pending trial for a felony
    ☑ pending imposition / execution of sentence
    ☐ pending appeal of sentence / conviction
    ☐ pending completion of sentence
    ☐ probation / parole for any offense
    ☐ is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and ☑ may flee
    ☐ pose a danger to a person or the community as follows:_____

IT IS ORDERED that the defendant be detained for a period not to exceed ten (10) court days.

IT IS FURTHER ORDERED that the U.S. Attorney notify: __Judge Feess__
*Appropriate Court*

_____, _____, _____
*Probation or Parole Officer*, *State or local law enforcement*, *INS*

IT IS FURTHER ORDERED that if _____ fails or declines to take
*State Name of Appropriate Official*

custody of defendant, a further bail hearing shall be set on __12/12/08__ at __9:30 A.M.__
in Courtroom __of Judge Feess__

DATED: __12/10/08__

_____
U. S. DISTRICT JUDGE / MAGISTRATE JUDGE

M-8 (6/98)      ORDER FOR TEMPORARY DETENTION - 18 USC §3142(d)